

# Fourth Court of Appeals
## San Antonio, Texas

Monday, February 23, 2015

No. 04-14-00101-CR

The **STATE** of Texas,
Appellant

v.

Irma Claudio **GARCIA**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8677
The Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

Sitting:      Sandy Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court